ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Infinite Services & Solutions, Inc.             )      ASBCA No. 60859
                                                )
Under Contract No. W52P1J-13-G-0067             )

APPEARANCE FOR THE APPELLANT:          Mark B. Carter, Esq.
                                        Taylor English Duma LLP
                                        Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                        Army Chief Trial Attorney
                                        CPT Matthew A. Freeman, JA
                                        Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 14 December 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60859, Appeal of Infinite Services & Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals